**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

Chapter 13
Case No. 18-15238-RBR

**YANIRA GONZALEZ**

Debtor.
_____/

<u>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**</u>

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Berger Firm P.A. hereby enter their appearance as counsel for Secured Creditor, **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST** ("<u>BSI Financial Services</u>" or "<u>Secured Creditor</u>"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 18th day of July, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: ___/s/ Chase A. Berger_____
Chase A. Berger, Esq.
Florida Bar No. 083794
cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:    /s/ Chase A. Berger
         Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>July 18, 2018</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Yanira Gonzalez**
5201 S.W. 3rd Court
Ft Lauderdale, FL 33317

*Debtor's Counsel*
**Michael A. Frank, Esq.**
10 N.W. LeJeune Road #620
Miami, FL 33126

*Trustee*
**Robin R Weiner**
P.O. Box 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By:    /s/ Chase A. Berger
         Chase A. Berger, Esq.